# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| L.S., on behalf of himself and all others similarly situated, by his next friend JASON MAURER<br>*Plaintiff(s)*<br>v.<br>FRANKLIN COUNTY, et al.<br>*Defendant(s)* | )<br>)<br>)  Case Number:<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

_____
Signature

_____
Name

_____
Address

_____
Phone Number

_____
Fax Number

_____
E-Mail Address

Rev. 2/11