354458
Law Firm Ref#:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

L.S., on behalf of himself and all others similarly situated, by his next friend
JASON MAURER

Plaintiff(s)

VS.

FRANKLIN COUNTY, CHIEF JUDGE MELISSA MORGAN of the Second Judicial Circuit Court, DARLA FITZJERRELLS, Director of Court Services of the Second Judicial Circuit Court, and LAVONDA PORTER, Acting Superintendent of the Franklin County Juvenile Detention Center,

Defendant(s)

Case No.: 3:23-cv-02303
**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, **Jon Graskewicz**, being first duly sworn on oath, deposes and states the following:

I am over the of 18 and not a party to this action. I am an agent of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885. I am licensed or registered as a private detective under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004, or a registered employee of a private detective agency certified under that Act. I attempted service of the within Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint; Entry of Appearance; Motion and Memorandum in Support of Class Certification; Copy of Summons to Darla Fitzjerrells; Copy of Summons to Lavonda Porter; Copy of Summons to Franklin County; Copy of Summons to Melissa Morgan to Lavonda Porter - Acting Superintendent of the Franklin County Juvenile Detention Center, located at 409 East Washington, Benton, IL 62812 resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Lavonda Porter - Acting Superintendent of the Franklin County Juvenile Detention Center personally on the ____ day of _____, 20___ at _____ M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with: Name: **Russell**, Title: **Juvenile Detention Officer**, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the **7th** day of **July**, 20**23** at **8:33 A**.M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Lavonda Porter - Acting Superintendent of the Franklin County Juvenile Detention Center's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20___ at _____ M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20___.

☐ **NON-SERVICE:** for the following reasons with the DATE and TIME of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

_/_/___ @ ____ : ____
_/_/___ @ ____ : ____
_/_/___ @ ____ : ____

A description of person with whom the documents were left is as follows:
Sex: **M**   Race: **W**   Approx. Age: **30**   Height: **6'0**   Weight: **150**   Hair: **Blk**
Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this **7th** day of **July**, 20**23**

_Jill E Finley_
Notary Public

OFFICIAL SEAL
JILL E LINDSEY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires January 31, 2024

(Server Signature)
**Jon Graskewicz**
(Print Name)

SAAF/354458