IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| L.S., on behalf of himself and all others similarly situated, by his next friend JASON MAURER, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FRANKLIN COUNTY, CHIEF JUDGE MELISSA MORGAN of the Second Judicial Circuit Court, DARLA FITZJERRELLS, Director of Court Services of the Second Judicial Circuit Court, and LAVONDA PORTER, Acting Superintendent of the Franklin County Juvenile Detention Center, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 23-cv-02303-NJR<br><br>Hon. Nancy J. Rosenstengel |
| Defendants. | | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

In light of the closure of the Franklin County Juvenile Detention Center (the "Center") that is the subject of the above-captioned lawsuit, and pursuant to the terms stated herein, the parties, by their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims asserted in this case are hereby dismissed without prejudice.

Each of the defendants hereby represents that as of the date of this stipulation they do not plan to take any actions to bring about the reopening of the Center, and that they are not aware of any plan by other parties or entities to reopen the Center, or to open any other detention facility housing minors in Franklin County, Illinois.

Defendants each commit to continuing to retain all documents and other records potentially discoverable in the above-captioned litigation, including but not limited to electronic communication and Franklin County Board meeting recordings and other Board materials, for eighteen (18) months following the entry of this stipulation.

Each party to this action shall bear its own costs, expenses and attorneys' fees.

| STIPULATED AND AGREED: | STIPULATED AND AGREED: |
|---|---|
| /s/ Mary A. Johnston | S/ Joseph A. Bleyer w/permission |
| Signature | Signature |
| Mary A. Johnston | Joseph A. Bleyer |
| Printed Name | Printed Name |
| Counsel for: Chief Judge Melissa Morgan, Darla FitzJerrells, and Lavonda Porter | Counsel for: Franklin County, IL |
| Dated: June 26, 2024 | Dated: July 26, 2024 |

| STIPULATED AND AGREED: | STIPULATED AND AGREED: |
|---|---|
| /s/ Kevin M. Fee | S/Abigail D. Dinn w/permission |
| Signature | Signature |
| Kevin M. Fee | Abigail D. Dinn |
| Printed Name | Printed Name |
| Counsel for: Plaintiff L.S. | Counsel for: Franklin County States Attorney |
| Dated: June 26, 2024 | Dated: July 26, 2024 |